**Document annexed to the ECF Filing of Mr Farah Ali Ainan.**

**Summary Submitted to the Court**

We, the undersigned, under my counsel advice Mtr Dini, have the honor of filing this lawsuit with the District Court of Justice of Maine, USA; seeking for help to know about the where abouts of my child :

- Mohamed Farah Ali, held in CASA ICF Portland Maine USA.

I am filing a complaint lawsuit against namely the institution where the child is held :
- the CASA ICF in Westbrook, Maine, USA, Central office, P.O.Box 150, Westbrook, ME 04098. and their managers , for:

**Refusal to information and access, for myself nor any mandated person there in Portland area.**
of the Disabled child they seem to have lobbied hard to obtain his Rental nursing.
As we are confronted to a wall of refusal of any information, nor fotos, even for purpose to establish him ID documents, nor visit by the management of CASA ICF, namely the manager director Mme Anne de Walp. We have reasons to serious doubts about the child situation in this institution.

**Thus we Urge the Court**
- **To ensure the where abouts of the child is and his medical situation**
- **To obtain the legal documents of the placement of child in CASA ICF.**
- **to grant us unhindred access to the child and that the institution provide us complete accurate informations about his medical conditions at anytime.**

- 1 -

It is important to Notice that I, the father, was never informed, nor consulted on process of the placement of the child in this institution that we discover now by chance.

The baby was living there with his mother and grand mother. He had serious disabilities.

And now facing a complete obstruction from CASA ICF Management.

**PRECAUTIONARY MEASURES** :

Given the urgent need to act in the best interests of this disabled child,
We urge the Court to take all precautionary measures that the Court will deems necessary to ensure the physical integrity of the child... until the Court investigation and proceedings are completed and the parent/family could come.

We remain at the Court disposal for any question and information needed, and
We present to the Court our respecful regards.

Mr. Farah Ali Ainan
Residence : Djibouti City, Rue de Héron
Republic of Djibouti
Tel : + 253 21370207
Mobile : + 253 77 21 52 15
Email : ayanleh08@gmail.com