UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| FARAH ALI AINAN, | ) |
|           Plaintiff, | ) |
| v. | )   2:25-cv-00648-SDN |
| CASA ICF, et al., | ) |
|           Defendants. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION

On January 5, 2026, the Magistrate Judge recommended dismissing Plaintiff Farah Ali Ainan's complaint without prejudice for lack of subject matter jurisdiction. ECF No. 2. Mr. Ainan, who resides in the Republic of Djibouti, alleges he is being improperly denied access to information about his child with a disability who has purportedly been placed with Defendant Casa ICF ("Casa"). ECF No. 1 at 1. Although Mr. Ainan did not expressly identify a cause of action, the Magistrate Judge construed the pleading as asserting a claim under the Hague Convention on the Civil Aspects of International Child Abduction (the "Convention"), as implemented by the International Child Abduction Remedies Act ("ICARA") and codified at 22 U.S.C. § 9001, *et seq*. ECF No. 2 at 2. ICARA permits courts to determine whether "the child has been wrongfully removed or retained within the meaning of the Convention." 22 U.S.C. § 9003(e)(1)(A). Because Mr. Ainan principally disputes the child's living situation and Casa's lack of information sharing— not the child's removal from another country or wrongful retention in the United States— the Magistrate Judge concluded the Court lacks subject matter jurisdiction over the claim under ICARA. ECF No. 2 at 2.

1

The Magistrate Judge recommended dismissal if Mr. Ainan did not supplement his complaint with information establishing jurisdiction, and he gave Mr. Ainan until February 4, 2026, to do so. The Magistrate Judge also notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to supplement the complaint or file objections expired on February 4, 2026. No objections or supplemental information were filed.

The Court finds no clear error and agrees with the findings set forth in the Recommended Decision that Mr. Ainan has failed to establish the jurisdictional requirements to invoke the Court's authority under ICARA. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is **AFFIRMED** and **ADOPTED**. ECF No. 2. Mr. Ainan's complaint is **DISMISSED WITHOUT PREJUDICE**. ECF No. 1.

**SO ORDERED.**

Dated this 18th day of February, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**